UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 08-5980

_____

Filed: October 09, 2009

DANNY RAY MEEKS,

    Plaintiff - Appellant

v.

TENNESSEE DEPARTMENT OF CORRECTIONS, et al.,,

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 09/16/2009 the mandate for this case hereby issues today.

COSTS:  NONE

Filing Fee .......................$
Printing ..........................$

    Total ...................$