RECEIVED
IN CLERK'S OFFICE

MAR 29 2010

U.S. DISTRICT COURT
MID. DIST. TENN.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| DANNY RAY MEEKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 1:07-0013 |
| ) | JUDGE HAYNES |
| TENNESSEE DEPARTMENT OF ) | |
| CORRECTION, et al., ) | 6th Circuit #08-5980 |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE OF THE COURT TO FILE SUPPLEMENTAL PLEADINGS PURSUANT TO RULE 15(a)(c) & (d) FEDERAL RULES OF CIVIL PROCEDURE

COMES NOW THE PLAINTIFF, Danny Ray Meeks, pro se, as an indigent, incarcerated litigant, and without the assistance of counsel moves this Honorable Court for leave to file, pursuant to Federal Rules of Civil Procedure, Rule 15(a)(c) & (d) his Supplemental Pleading setting out the specific events of retaliation and interference with Plaintiff's efforts to obtain a job assignment as a legal clerk in the law library at the DeBerry Special Needs Facility, in Nashville, Tennessee.

1. In support of this motion Plaintiff would show unto this Court that on November 13, 2009, Mr. Luther Heathcoat, #110570, filed his complaint against the Tennessee Department of Corrections (TDOC), Corrections Corporation of America (CCA), Cherry Lindamood, Warden of South Central Correctional Facility (SCCF), Lawrence (Geno) Maples, Classiffication Coordinator (SCCF), and Jesse James, Case Manager, alleging discrimination under the Americans with Disabilities Act (ADA) due to Mr. Heathcoat's disability. The particulars of the complaint are set forth in

*[Handwritten annotation in right margin: ORDER — This motion is GRANTED. The Plaintiff is given 10 days to file his Supplemental pleading and the Defendant has 30 days to respond. The parties have 60 days to conduct discovery on the claims described in this motion. [signature] 4-7-10]*