RECEIVED
IN CLERK'S OFFICE
MAY 0 5 2010
U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANNY RAY MEEKS, | ) |
| Plaintiff, | ) ) |
| vs. | ) NO. 1:07-0013 ) JUDGE HAYNES |
| TENNESSEE DEPARTMENT OF CORRECTION, et al., | ) ) 6th Circuit #08-5980 |
| Defendants. | ) ) |

*[handwritten notations: "This motion is GRANTED" with signature and date 5/20/10]*

**MOTION FOR COURT ORDER DIRECTING THE DEFENDANT
TO FILE COMPLETE TRANSCRIPT OF PLAINTIFF'S DEPOSITION
WITHOUT REDACTION, TAKEN ON FEBRUARY 15, 2010**

COMES NOW THE PLAINTIFF, Danny Ray Meeks, pro se, as an indigent, incarcerated layperson litigant and moves this Court for an ORDER directing the Defendant to file the complete Transcript of the Deposition, without REDACTION, of the deposition taken from the Plaintiff on February 15, 2010.

In support of this motion the Plaintiff submits that the Defendant has made the entire transcript material and necessary in order to place the complete record before the Court for a full judicial determination in this case.

Further, in the event the instant case returns to the Sixth Circuit Court of Appeals it will be necessary to have a full and complete record for review by that court.

Plaintiff submits that the Defendant has filed selected "Excerpts from the Deposition of Plaintiff, Danny Ray Meeks, taken February 15, 2010." (SEE D.E. # 125). The Defendant makes