RECEIVED
IN CLERK'S OFFICE
APR - 9 2010
U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DANNY RAY MEEKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-cv-0013 |
| ) | |
| ) | JUDGE HAYNES |
| TENNESSEE DEPARTMENT ) | JURY DEMAND |
| OF CORRECTION, et al., ) | |
| ) | |
| Defendants. ) | |

*Order This motion is Granted* /s/ [signature] 5-20-10

MOTION FOR LEAVE OF THE COURT TO FILE
CONCISE STATEMENT OF FACTS
PURSUANT TO LOCAL RULE 56.01(b)

COMES NOW THE PLAINTIFF, Danny Ray Meeks, pro se, as an incarcerated, indigent, layperson litigant and moves this Court for Leave to file the CONCISE STATEMENT OF FACTS, pursuant to Local Rule 56.01(b).

In support of this motion Plaintiff would show unto this Court the following facts:

1. Plaintiff is being housed, by the Tennessee Department of Corrections (TDOC), in the privately operated but State owned South Central Correctional Facility (SCCF), P.O. box 279, Clifton, Wayne County, Tennessee 38425-0279.

2. Plaintiff has very limited access to legal books and research material. Motion # 134 filed March 5, 2010.

3. Defendant, TDOC, by and through counsel, filed a Response in Opposition, to D.E. # 134, without objection to its form.

5. Plaintiff's Motion for Summary Judgment, while not in the required form, contained separate numbered paragraphs, with the material fact and citation to the record.