```
                    UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF TENNESSEE
                         COLUMBIA DIVISION
```

DANNY RAY MEEKS,              )
                              )
        Plaintiff,            )
                              )
        v.                    )   NO. 1:07-0013
                              )
TENNESSEE DEPARTMENT OF       )   Judge Haynes/Bryant
CORRECTION, et al.,           )
                              )
        Defendants.           )

**TO: The Honorable William J. Haynes**

### REPORT AND RECOMMENDATION

Plaintiff, Danny Ray Meeks, who is proceeding pro se, has filed his motion for summary judgment (Docket Entry No. 134). Defendant Tennessee Department of Corrections has filed its response in opposition (Docket Entry No. 140).

For the reasons stated below, the undersigned Magistrate Judge recommends that plaintiff Meeks's motion for summary judgment be denied.

Local Rule 56.01(b) requires that any motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure shall be accompanied by a separate, concise statement of the material facts as to which the moving party contends there is no genuine issue for trial. Each fact shall be set forth in a separate, numbered paragraph. Each fact shall be supported by a specific citation to the record. After each paragraph, the words "response" shall be inserted and a blank space shall be provided

reasonably calculated to enable the nonmoving party to respond to the assertion that the fact is undisputed. Plaintiff Meeks has failed to comply with this requirement of the Local Rules.

## RECOMMENDATION

For the foregoing reason, the undersigned Magistrate Judge **RECOMMENDS** that the motion for summary judgment (Docket Entry No. 134) filed by plaintiff Meeks be **DENIED** without prejudice to his right to file such a motion in the future supported as required by Local Rule 56.01.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days from service of this Report and Recommendation in which to file any written objections to this Recommendation, with the District Court. Any party opposing said objections shall have fourteen (14) days from receipt of any objections filed in this Report in which to file any responses to said objections. Failure to file specific objections within fourteen (14) days of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986).

**ENTERED** this 2nd day of August, 2010.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge