IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

DANNY RAY MEEKS, )
)
    Plaintiff, )
)
) No. 1:07-0013
v. ) JUDGE HAYNES
)
TENNESSEE DEPARTMENT OF )
CORRECTIONS, *et al.*, )
)
    Defendants. )

## O R D E R

Before the Court are the Magistrate Judge's Reports and Recommendations (Docket Entry Nos. 220 and 221) on the Defendants' motion for summary judgment response (Docket Entry No. 123) and Plaintiff's motion for summary judgment (Docket Entry No. 134). Plaintiff filed objections to both Reports and Recommendations. (Docket Entry Nos. 256 and 257). Upon de novo review and consideration of the Plaintiff's objections, the Court **ADOPTS** the Magistrate Judge's Reports and Recommendations.

Accordingly, Defendants' motion for summary judgment (Docket Entry No. 123) is **GRANTED in part** and **DENIED in part**. The Plaintiff's motion for summary judgment (Docket Entry No. 134) is **DENIED**. Plaintiff's claims are thus limited to his claim for injunctive relief for the Defendants subjecting him to disciplinary charges while enforcing their policy prohibiting prison medical staff from diagnosing Plaintiff's disorder because to do so may implicate inmate drug testing.

This action is **REFERRED** to the Magistrate Judge for further proceedings under the prior Order of Reference.

It is so **ORDERED**.

**ENTERED** this the \_\_8\_\_ day of September, 2010.

                                              WILLIAM J. HAYNES, JR.
                                              United States District Judge